**Order entered January 29, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00596-CR
No. 05-14-00597-CR

**MICKEY ODELL GERALD II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-72503-V, F07-72502-V**

## ORDER

The Court **GRANTS** the January 22, 2015 motion of Lori Ordiway to withdraw as appellant's counsel. We **DIRECT** the Clerk to remove Ms. Ordiway as appellant's attorney of record on these appeals.

We **ORDER** the trial court to appoint new counsel to represent appellant in these appeals and to transmit to this Court, within **FIFTEEN DAYS** of the date of this order, supplemental records containing the order appointing new counsel.

The reporter's record remains due on the date specified in the Court's order of January 9, 2015.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Debi Harris, court reporter, Auxiliary Court No. 8; Felicia Pitre, Dallas County District Clerk; Lori Ordiway; and the Dallas County District Attorney's Office.

We **ABATE** the appeals to allow the trial court to comply with this order. The appeals shall be reinstated fifteen days from the date of this order or when the order appointing new counsel is received.

/s/    LANA MYERS
         JUSTICE